IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAURICE A. SMITH,

                                                                                        ORDER

                        Plaintiff,

                                                                                          12-cv-384-bbc

     v.

MICHAEL MEISNER, K. LLOYD,
MARY LEISER, JOANNE LANE,
JOHN DOE and GARY H. HAMBLIN,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In an order entered on September 18, 2012, I denied plaintiff Maurice Smith's request for leave to proceed <u>in forma pauperis</u> and dismissed his complaint without prejudice for failure to comply with Fed. R. Civ. P. 8. I gave plaintiff until October 9, 2012, in which to submit a proposed amended complaint addressing the deficiencies explained in the September 18 order. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case with prejudice. It is now October 24, 2012, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       Accordingly, IT IS ORDERED that plaintiff Maurice A. Smith's case is dismissed with prejudice. The clerk of court is directed to enter judgment and close this case.

       Entered this 24th day of October, 2012.

                                                      BY THE COURT:

                                                      /s/
                                                   BARBARA B. CRABB
                                                 District Judge