IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAURICE A. SMITH,

    Plaintiff,

v.

MICHAEL MEISNER, K. LLOYD,
MARY LEISER, JOANNE LANE and
GARY H. HAMBLIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-384-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

*Peter Oppeneer*      10/24/12

Peter Oppeneer, Clerk of Court      Date