IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAURICE A. SMITH,

    Plaintiff,

v.

MICHAEL MEISNER, K. LLOYD,
MARY LEISER, JOANNE LANE and
GARY H. HAMBLIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-384-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

_____      10/24/12
Peter Oppeneer, Clerk of Court         Date